

"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. SA CR 12-00058-JVS |
| Plaintiff, ) ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |
| v. ) ) | |
| ERNESTO SANCHEZ RAMIREZ, ) ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

bail resources unknown; background information unverified due to failure to interview; illegal alien status; prior deportation; instant allegations.

1    and

2    B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: current allegations indicate lack of amenability to supervision; criminal history.

     IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: __1/13/2014__

                                   _____
                                   DOUGLAS F. McCORMICK
                                   United States Magistrate Judge